UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| JAMES HENLEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:14-cv-0257-WTL-TAB |
| | ) | |
| TRINH, Sgt. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's Order of today, the Court now enters FINAL JUDGMENT in this action. IT IS NOW ADJUDGED that this cause of action is **dismissed without prejudice.**

Dated: 9/09/14

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES HENLEY
150168
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

All Electronically Registered Counsel